**Adam A. JAMISON, Plaintiff–Appellant,**

v.

**Harold DEE (Commissioner's Disciplinary Hearing Officer for the New York State Dept. of Corr. Serv.); Donald Selsky, Dir. Sec. Housing, N.Y.S. Dept. of Corr. Services (Appeals Disciplinary Officer of NYS Dept. of Corr. Services), Defendants–Appellees.**

No. 00–0186.

United States Court of Appeals, Second Circuit.

Feb. 20, 2001.

Adam A. Jamison, Collins, NY, pro se.

Ann P. Zybert, Ass't Sol. Gen., N.Y., NY, for appellees.

Present KEARSE, LEVAL and KATZMANN, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was submitted by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Stein's Opinion and Order dated April 26, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.